CATHERINE C. McDONALD, as Executrix, etc., Respondent, *v.* FREDERICK SUTER, Appellant.

(Argued February 11, 1885 ; decided March 3, 1885.)

*Lewis Sanders* for appellant.

*A. Simis, Jr.,* for respondent.

Agree to affirm ; no opinion.
All concur, except RAPALLO J., not voting.
Judgment affirmed.

---

HIRAM L. DOOLITTLE, as Executor, etc., Respondent, *v.* TIMOTHY HOYLE et al., Appellants.

(Argued February 10, 1885 ; decided March 3, 1885.)

*Samuel Hand* for appellants.

*R. Corbin* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.